UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROD WALSH,

                Plaintiff,

CASE NUMBER: 17-12812
HONORABLE VICTORIA A. ROBERTS
MAGISTRATE JUDGE WHALEN

v.

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.
                                                        /

## ORDER ADOPTING REPORT AND RECOMMENDATION

On August 23, 2018, Magistrate Judge Whalen issued a Report and Recommendation [Doc. 18], recommending that Defendant's Motion for Summary Judgment [Doc. 17] be **GRANTED** and Plaintiff's Motion for Summary Judgment [Doc. 13] be **DENIED**. Neither party filed objections within the fourteen day period pursuant to Fed.R.Civ.P 72(b) and 28 U.S.C. § 636(b)(1). Accordingly, the Court adopts the Report and Recommendation.

Defendant's motion is **GRANTED**. Judgment will enter in favor of Defendant.

**IT IS ORDERED**.

                                          s/ Victoria A. Roberts
                                          Victoria A. Roberts
                                          United States District Judge

Dated: September 13, 2018

The undersigned certifies that a copy of this document was served on the attorneys of record by electronic means or U.S. Mail on September 13, 2018.

S/Linda Vertriest
Deputy Clerk